MARTIN T. WILLIAMSON, for Himself and Others Similarly Situated, Respondent, v. CHARLES SALMON, Appellant.

*Real property — easements — right of way — action to enjoin the obstruction of certain streets and ways.*

*Williamson* v. *Salmon*, 196 App. Div. 922, affirmed.

(Argued May 4, 1922; decided May 31, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court, on trial at Special Term, determining that

the plaintiff as owner of lot No. 43 in the Bietry Beach tract in the town of Irondequoit, Monroe county, so called, as shown on a map of said tract, is entitled by virtue of his deed to an easement in and over the whole of a strip of land 150 feet wide shown upon the said map, the fee of which is in defendant, as a private street or open way appurtenant to the said lot leading to Lake Ontario; and also that the plaintiff is entitled to the free and uninterrupted use as a private street or open way of Beach avenue as shown upon the said map between Bietry Beach park and Washington avenue as an appurtenant to said lot, and restraining the defendant from maintaining barriers or obstructions in the said Beach avenue or in any part of the said 150-foot strip, and directing the defendant to remove forthwith all barriers and obstructions placed thereon by him and his agents.

*Eugene Van Voorhis* and *J. Frank Morse* for appellant.
*Arthur E. Sutherland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.